AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK _____

UNITED STATES OF AMERICA

v.

JUAN ALEJANDRO PLATA-ZUNIGA

**APPEARANCE**

Case Number: 08-MJ-658 UA

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JUAN ALEJANDRO PLATA-ZUNIGA

I certify that I am admitted to practice in this court.

| | |
|---|---|
| April 7, 2008 | *(signature)* David J Goldstein |
| Date | Signature |
| | DAVID J. GOLDSTEIN |
| | Print Name / Bar Number |
| | 888 Grand Concourse |
| | Address |
| | Bronx    New York    10451 |
| | City / State / Zip Code |
| | (718) 665-9000 / (718) 665-9147 |
| | Phone Number / Fax Number |