ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :    NOTICE OF INTENT TO
                                        FILE AN INFORMATION
         v.                        :
                                        08 Cr. __
JUAN ALEJANDRO PLATA-ZUNIGA,       :
                                        Batts, J.
              Defendant.           :

- - - - - - - - - - - - - - - - - - x

Please take notice that the United States Attorney's Office will file an Information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

08CRIM 418

Dated:   New York, New York
         May 5, 2008

                                   MICHAEL J. GARCIA
                                   United States Attorney

                              By:  _____
                                   MARK LANPHER
                                   Assistant United States Attorney

                                   AGREED AND CONSENTED TO:

                              By:  _____
                                   BARRY WEINSTEIN, ESQ.
                                   Attorney for Juan Alejandro Plata-Zuniga

[USDC SDNY / DOCUMENT / ELECTRONICALLY FILED]

5/5/08  WHEEL A