UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :     INFORMATION

       -v.-                        :     08 Cr.

JUAN ALEJANDRO PLATA-ZUNIGA,       :

                Defendant.      :     **08 CRIM 418**

- - - - - - - - - - - - - - - - - x

## COUNT ONE

The United States Attorney charges:

In or about February 2008, in the Southern District of New York and elsewhere, JUAN ALEJANDRO PLATA-ZUNIGA, the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after being removed from the United States on or about July 18, 2002, subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about August 13, 1996, in New York State Supreme Court, New York County, for Attempted Criminal Sale of a Controlled Substance in the Third Degree, a violation of New York State Penal Law Sections 110 and 220.39, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) & (b)(2).)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 12 2008

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney