USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,

          - against -               08 Cr. 418 (DAB)
                                            <u>ORDER</u>

JUAN PLATA-ZUNIGA,

                      Defendant.
------------------------------------X
DEBORAH A. BATTS, United States District Judge.

     On June 9, 2008 the Defendant plead guilty to the Information in the above-captioned action. The date of sentencing was set for September 8, 2008 at 11:00 AM.

     The Parties have requested additional time to complete their pre-sentencing submissions. Accordingly, Defendant's date of sentencing is hereby adjourned <u>sine die</u>.

     The schedule for submitting additional pre-sentencing arguments and information shall be as follows: The Party initiating any pre-sentencing arguments or information shall serve the opposing Party by 4:00 PM on October 6, 2008; all pre-sentencing arguments and information shall be fully submitted to Chambers no later than 4:00 PM on October 14, 2008.

     Once the Parties' pre-sentencing submissions have been received in Chambers, the Court will advise the Parties of the new date of sentencing.

SO ORDERED.

Dated:    New York, New York
           September 4, 2008

                                                    DEBORAH A. BATTS
                                           United States District Judge